1  **JENNIFER BERGH**
   Nevada Bar No. 14480
2  **QUILLING SELANDER LOWNDS**
   **WINSLETT & MOSER, P.C.**
3  2001 Bryan Street, Suite 1800
   Dallas, Texas 75201
4  (214) 560-5460
   (214) 871-2111 Fax
5  jbergh@qslwm.com
   *Counsel for Trans Union LLC*

6

7  **Designated Attorney for Personal Service**
   Trevor Waite, Esq.
   Nevada Bar No.: 13779
8  6605 Grand Montecito Parkway, Suite 200
   Las Vegas, NV 89149

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAQUIETA A. COOKS, | Case No. 2:19-cv-01167-JAD-BNW |
| Plaintiff, | |
| v. | **JOINT MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |
| EQUIFAX INFORMATION SERVICES LLC, TRANSUNION LLC, and OCWEN LOAN SERVICING, | |
| Defendants. | ECF No. 31 |

Plaintiff LaQuieta A. Cooks, and Defendant Trans Union LLC file this Joint Motion of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between LaQuieta A. Cooks and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this 14th day of April, 2020.

3956336.1

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*

Jennifer Bergh
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for Trans Union LLC*

**KRIEGER LAW GROUP, LLC**

*/s/ David H. Krieger*

David H. Krieger
Shawn W. Miller
2850 W. Horizon Ridge Pkwy
Suite 200
Henderson, NV 89052
(702) 848-3855
(702) 383-5518 Fax
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
*Counsel for Plaintiff*

## ORDER

Based on the stipulation between Plaintiff and Defendant Trans Union LLC **[ECF No. 31]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Defendant Trans Union LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 14, 2020

3956336.1

1