David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LAQUIETA A. COOKS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; OCWEN LOAN SERVICING,<br><br>Defendants. | **Case No. 2:19-cv-01167-JAD-BNW**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OCWEN**<br><br>ECF No. 36 |

## **STIPULATION**

Plaintiff LaQuieta A. Cook and Ocwen Loan Servicing hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice as to Ocwen Loan Servicing, and only as

…

…

…

…

…

…

…

Page **1** of **2**

to Ocwen Loan Servicing, in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: June 3, 2020

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | By: | /s/ Gary E. Schnitzer, Esq<br>Kevin J. Kieffer, Esq.<br>Troutman Sanders LLP<br>222 Central Park Avenue<br>Suite. 2000<br>Virginia Beach, VA 23462<br>— And—<br>Gary E. Schnitzer, Esq.<br>Kravitz, Schnitzer & Johnson, Chtd.<br>8985 S. Eastern Avenue, Suite 200,<br>Las Vegas, NV 89123<br>*Attorneys for Ocwen* |
|---|---|---|---|

## **ORDER**

Based on the stipulation between plaintiff and Ocwen Loan Servicing **[ECF No. 36]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Ocwen Loan Servicing are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 4, 2020