David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LAQUIETA COOKS,<br><br>            Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; OCWEN LOAN SERVICING,<br><br>            Defendants. | **Case No. 2:19-cv-01167-JAD-BNW**<br><br>**STIPULATION AND ORDER DISMISSING EQUIFAX WITH PREJUDICE**<br><br>ECF No. 38 |

**STIPULATION**

Plaintiff LaQuieta Cooks and Equifax Information Services, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R.

…

…

…

…

…

…

…

…

Page **1** of **2**

Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: June 25, 2020

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | By: | /s/ Jeremy J. Thompson, Esq.<br>Jeremy J. Thompson, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br>*Attorney for Defendant* |
|---|---|---|---|

## **ORDER**

Based on the remaining parties' stipulation **[ECF No. 38]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 25, 2020